1

2

3

4

5

6

7

8                                   UNITED STATES DISTRICT COURT

9                                 EASTERN DISTRICT OF CALIFORNIA

10

11       UNITED STATES OF AMERICA,          )        Case No: 5:21-MJ-00011-11 JLT
                                            )
12                   Plaintiff,             )        **ORDER APPOINTING COUNSEL**
                                            )
13              vs.                         )
                                            )
14       DANIEL ARMENDARIZ MERCADO,         )
                                            )
15                   Defendant.             )
                                            )
16

17              The defendant has attested to his financial inability to employ counsel and wishes the

18       Court to appoint counsel to represent him.  Therefore, in the interests of justice and according to

19       Sixth Amendment to the United States Constitution and 18 U.S.C. § 3006A, the Court

20       **ORDERS**:

21              1.       Anthony P. Capozzi is APPOINTED to represent the above defendant in this case

22       effective *nunc pro tunc* to March 30, 2021. This appointment shall remain in effect until further

23       order of this court.

24

25       IT IS SO ORDERED.

26          Dated:   **March 31, 2021**              _____ **/s/ Jennifer L. Thurston**
                                                     CHIEF UNITED STATES MAGISTRATE JUDGE
27

28