PHILLIP A. TALBERT
Acting United States Attorney
CHRISTOPHER D. BAKER
LAURA JEAN BERGER
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> DANIEL ARMENDARIZ MERCADO, <br><br> Defendant. | CASE NO. 1:21-CR-00096-DAD-BAM <br><br> STIPULATION REGARDING BRIEFING SCHEDULE ON DEFENDANT'S MOTION FOR BAIL REIVEW AND ORDER <br><br> DATE: September 22, 2021 <br> TIME: 2:00 p.m. <br> COURT: Hon. Magistrate Judge Sheila K. Oberto |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. On September 15, 2021, defendant filed a motion for bail review (ECF No. 72) and the Court thereafter entered a briefing schedule requiring the government to file its opposition brief not later than noon on September 17, 2021.  ECF No. 74.

2. By this stipulation, the parties move the Court to continue and reset the date and time by which the government's opposition brief to not later than 11:00am on September 20, 2021.

3. The parties agree and stipulate, and request that the Court find, that good cause exists to extend the time for the government to file its opposition brief given the nature of the issues and arguments raised in defendant's motion.

IT IS SO STIPULATED.

Dated:  September 15, 2021

PHILLIP A. TALBERT
Acting United States Attorney

/s/ CHRISTOPHER D. BAKER
CHRISTOPHER D. BAKER
Assistant United States Attorney

Dated:  September 15, 2021

/s/ ANTHONY CAPOZZI
ANTHONY CAPOZZI
Counsel for Defendant
DANIEL ARMENDARIZ MERCADO

**FINDINGS AND ORDER**

IT IS SO ORDERED.

DATED:  9/16/2021

*/s/ Sheila K. Oberto*
THE HONORABLE SHEILA K. OBERTO
UNITED STATES MAGISTRATE JUDGE