PHILLIP A. TALBERT
Acting United States Attorney
CHRISTOPHER D. BAKER
LAURA JEAN BERGER
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>DANIEL ARMENDARIZ MERCADO,<br><br>　　　　　　　Defendant. | CASE NO. 1:21-CR-00096-DAD-BAM<br><br>STIPULATION REGARDING BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO REVOKE AND ORDER<br><br>DATE: TBD<br>TIME: TBD<br>COURT: Hon. District Judge Dale A. Drozd |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. On October 6, 2021, defendant filed a motion for reconsideration (ECF No. 82) that was re-filed as a motion to revoke detention order the following day. ECF 84.

2. By this stipulation, the parties move the Court to order that the government's opposition brief be filed on or before October 18, 2021, and that defendant file any reply brief on or before October 22, 2021, and that should the Court deem a hearing necessary, such hearing be scheduled thereafter.

3. The parties agree and stipulate, and request that the Court find, that good cause exists to extend the time for the government to file its opposition brief given the availability of government counsel and the nature of the issues and arguments raised in defendant's motion.

1

IT IS SO STIPULATED.

Dated: October 8, 2021                    PHILLIP A. TALBERT
                                          Acting United States Attorney

                                          /s/ CHRISTOPHER D. BAKER
                                          CHRISTOPHER D. BAKER
                                          Assistant United States Attorney

Dated: October 8, 2021                    /s/ ANTHONY CAPOZZI
                                          ANTHONY CAPOZZI
                                          Counsel for Defendant
                                          DANIEL ARMENDARIZ
                                          MERCADO

**ORDER**

IT IS SO ORDERED.

Dated:  **October 11, 2021**            _____
                                          UNITED STATES DISTRICT JUDGE