ANTHONY P. CAPOZZI, CSBN: 068525
THE LAW OFFICE OF ANTHONY P. CAPOZZI
1233 West Shaw Avenue, Suite 102
Fresno, California 93711
Telephone:    (559) 221-0200
Facsimile:     (559) 221-7997
E-Mail:         Anthony@ capozzilawoffices.com
www.capozzilawoffices.com

Attorney for Defendant,
DANIEL ARMENDARIZ MERCADO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

\*\*\*\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA.<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DANIEL ARMENDARIZ MERCADO<br><br>　　　　　Defendant. | CASE NO.  1:21-CR-00096-ADA-BAM<br><br>**STIPULATION AND ORDER REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT.**<br><br>Date: April 3, 2023<br>Time: 8:30 am<br>Court: Hon. Ana De alba |

## BACKGROUND

This case is set for a change of plea hearing on April 3, 2023. On February 13, 2023, the parties filed a singed plea agreement in this case. This Court should consider the following case-specific facts in finding excludable delay appropriate in this particular case under the ends-of-justice exception, § 3161 (h)(7) (Local Code T4).

## STIPULATION

Defendant, Daniel A. Mercado, by and through his Attorney, Anthony P. Capozzi and Plaintiff United States of America, by and through its counsel of record, Arin C. Heinz, hereby stipulate as follows:

1. The parties reached a plea agreement in this case and was filed on February 13, 2023.

2. By previous order, this matter was set for change of plea on April 3, 2023.

3. By this stipulation, defendant moves to exclude time between April 3, 2023, and April 10, 2023, under 18 U.S.C. § 3161 (h)(7)(A), B(iv) [Local Code T4].

4. The parties agree and stipulate, and request the Court find the following:

    a) Anthony P. Capozzi, counsel for the defendant is not available on April 3, 2023, and request to continue the change of plea to April 10, 2023.

    b) Assistant United States Attorney, Arin C. Heinz, does not oppose.

    c) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of April 3, 2023, to the change of plea on April 10, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161 (h)(7)(A), B(iv) [Local Code T4] because it results form a continuance granted by the Court at the defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

5. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

DATED: March 30, 2023,    BY:    */s/ Anthony P. Capozzi*_____
                                                                ANTHONY P. CAPOZZI, Attorney for
                                                                 DANIEL ARMENDARIZ MERCADO

DATED: March 30, 2023,    BY:    */s/ Arin C. Heinz*_____
                                                                ARIN C. HEINZ
                                                                Assistant United States Attorney

**ORDER**

IT IS SO ORDERED that the change of plea set for April 3, 2023, be continued to April 10, 2023, at 8:30 a.m. before District Judge Ana de Alba.  Time is excluded pursuant to 18 U.S.C. § 3161 (h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated:   March 31, 2023

_____
UNITED STATES DISTRICT JUDGE