ANTHONY P. CAPOZZI, CSBN: 068525
THE LAW OFFICE OF ANTHONY P. CAPOZZI
1233 West Shaw Avenue, Suite 102
Fresno, California 93711
Telephone:     (559) 221-0200
Facsimile:     (559) 221-7997
E-Mail:        Anthony@ capozzilawoffices.com
www.capozzilawoffices.com

Attorney for Defendant,
DANIEL ARMENDARIZ MERCADO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

******

| | |
|---|---|
| UNITED STATES OF AMERICA. | CASE NO. 1:21-CR-00096-ADA-BAM |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO CONTINUE SENTENCE DATE OF JULY 17, 2023** |
| DANIEL ARMENDARIZ MERCADO | |
| Defendant. | |

TO THE HONORABLE COURT AND TO THE ASSISTANT UNITED STATES

ATTORNEY:

   Defendant, Daniel Mercado by and through his attorney, Anthony P. Capozzi and on behalf of the United States, Arin C. Heinz, stipulate to continue the sentencing date of July 17, 2023, to November 27, 2023.

   IT IS SO STIPULATED.


DATED: June 28, 2023,     BY:     */s/ Anthony P. Capozzi*
                                  ANTHONY P. CAPOZZI, Attorney for
                                  DANIEL ARMENDARIZ MERCADO

DATED: June 28, 2023,        BY:        */s/ Arin C. Heinz*
                                                       ARIN C. HEINZ
                                                       Assistant United States Attorney

## **ORDER**

Based upon the Stipulation of the parties, it is hereby ordered that the sentencing date of July 17, 2023, be continued to November 27, 2023

IT IS SO ORDERED.

Dated:   June 28, 2023

_____
UNITED STATES DISTRICT JUDGE