PHILLIP A. TALBERT
United States Attorney
ARIN C. HEINZ
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>v.<br><br>DANIEL ARMENDARIZ MERCADO,<br><br>                  Defendant. | CASE NO. 1:21-CR-00096-ADA-BAM<br><br>STIPULATION TO CONTINUE SENTENCING; AND ORDER<br><br>DATE: November 27, 2023<br>TIME: 8:30 AM<br>COURT: Hon. Ana de Alba |

**STIPULATION**

      Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

      1.     By previous order, this matter was set for sentencing on November 27, 2023.

      2.     The parties reached a plea agreement in this case, which was filed on ECF on February 13, 2023. Defendant changed his plea on April 3, 2023.

      3.     New information recently came to light that requires the parties to further investigate and discuss how the information impacts sentencing. Counsel for the defendant requires time to prepare a sentencing case in light of this information.

      4.     Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

5.	The parties therefore request sentencing be continued to January 22, 2024.

IT IS SO STIPULATED.

Dated:  November 16, 2023						PHILLIP A. TALBERT
									United States Attorney


									/s/ ARIN C. HEINZ
									ARIN C. HEINZ
									Assistant United States Attorney


Dated:  November 16, 2023						/s/ ANTHONY CAPOZZI
									ANTHONY CAPOZZI
									Counsel for Defendant
									DANIEL ARMENDARIZ
									MERCADO

**ORDER**

IT IS SO ORDERED that the sentencing hearing is continued from November 27, 2023, to **January 22, 2024, at 8:30 a.m. in Courtroom 5 before the District Judge.**

IT IS SO ORDERED.

Dated:  **November 16, 2023**			/s/ Barbara A. McAuliffe
								UNITED STATES MAGISTRATE JUDGE