1  PHILLIP A. TALBERT
   United States Attorney
2  ARIN C. HEINZ
   Assistant United States Attorneys
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8                       IN THE UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,              | CASE NO. 1:21-CR-00096-NODJ-BAM

12 |                        Plaintiff,       | STIPULATION TO CONTINUE SENTENCING
                                            | AND ORDER
13 |                v.

14 | DANIEL ARMENDARIZ MERCADO,

15 |                        Defendant.

16

17                              **BACKGROUND**

18      This case is set for sentencing on January 22, 2024.  The parties request to continue sentencing to

19 March 4, 2024.

20                               **STIPULATION**

21      Plaintiff United States of America, by and through its counsel of record, and defendant, by and

22 through defendant's counsel of record, hereby stipulate as follows:

23      1.      By previous order, this matter was set for sentencing on January 22, 2024.

24      2.      The parties request additional time to prepare for sentencing. New information was

25 recently brought to light that both parties need to investigate and discuss, in light of the sealed filings at

26 ECF 123, 122. The information could impact the parties' recommendations at sentencing.

27      IT IS SO STIPULATED.

28

   STIPULATION REGARDING EXCLUDABLE TIME              1
   PERIODS UNDER SPEEDY TRIAL ACT

1

2
Dated:  January 16, 2024

PHILLIP A. TALBERT
United States Attorney

3

4
/s/ ARIN C. HEINZ
ARIN C. HEINZ
Assistant United States Attorney

5

6

7
Dated:  January 16, 2024

/s/ ANTHONY CAPOZZI
ANTHONY CAPOZZI
Counsel for Defendant
DANIEL ARMENDARIZ
MERCADO

8

9

10

11
## **ORDER**

        IT IS SO ORDERED that the sentencing hearing is continued from January 22, 2024, to **March**

12

13
**4, 2024, at 8:30 a.m. in Courtroom 5 before the District Court Judge**.

14
IT IS SO ORDERED.

15

16
Dated:  **January 16, 2024**

/s/ *Barbara A. McAuliffe*

17
UNITED STATES MAGISTRATE JUDGE

18

19

20

21

22

23

24

25

26

27

28

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2