PHILLIP A. TALBERT
United States Attorney
ARIN C. HEINZ
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL ARMENDARIZ MERCADO,<br><br>Defendant. | CASE NO. 1:21-CR-00096-NODJ-BAM<br><br>STIPULATION TO CONTINUE SENTENCING AND ORDER |

**BACKGROUND**

This case is set for sentencing on March 4, 2024. The parties request to continue sentencing to April 22, 2024.

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on March 4, 2024.

2. The parties request additional time to prepare for sentencing. The parties are continuing to discuss information relating to the sealed filings at ECF 123 and 122. The information could impact the parties' recommendations at sentencing and therefore, the parties request a short continuance to April 22, 2024.

IT IS SO STIPULATED.

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

Dated:  February 25, 2024

PHILLIP A. TALBERT
United States Attorney

/s/ ARIN C. HEINZ
ARIN C. HEINZ
Assistant United States Attorney

Dated:  February 25, 2024

/s/ ANTHONY CAPOZZI
ANTHONY CAPOZZI
Counsel for Defendant
DANIEL ARMENDARIZ MERCADO

### ORDER

IT IS SO ORDERED that the sentencing hearing is continued from March 4, 2024, to **April 22, 2024, at 8:30 a.m. in Courtroom 5 before the District Court Judge**.

IT IS SO ORDERED.

Dated:  **February 27, 2024**          /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2