PHILLIP A. TALBERT
United States Attorney
ARIN C. HEINZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:21-CR-00096-NODJ-BAM |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING AND ORDER |
| v. | |
| DANIEL ARMENDARIZ MERCADO, | |
| Defendants. | |

**BACKGROUND**

This case is set for sentencing on June 17, 2024. The parties request to continue sentencing to August 12, 2024.

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on June 17, 2024.

2. The parties request additional time to prepare for sentencing. Mr. Capozzi is currently engaged in a weeks long trial and closing arguments were held on June 7, 2024. As a result, Mr. Capozzi has not been able to prepare his sentencing memoranda or effectively prepare for sentencing. The parties request additional time to allow him to prepare. Thus, the parties request sentencing be continued to August 12, 2024.

IT IS SO STIPULATED.

1

Dated:  June 7, 2024                                     PHILLIP A. TALBERT
                                                         United States Attorney

                                                    By:  /s/ ARIN C. HEINZ
                                                         ARIN C. HEINZ
                                                         Assistant United States Attorney

Dated:  June 7, 2024                                     /s/ ANTHONY CAPOZZI
                                                         ANTHONY CAPOZZI
                                                         Counsel for Defendant
                                                         DANIEL ARMENDARIZ
                                                         MERCADO

## **ORDER**

IT IS SO ORDERED that the sentencing hearing is continued from June 17, 2024, to **August 12, 2024, at 8:30 a.m. in Courtroom 5 before the District Court Judge**.

IT IS SO ORDERED.

Dated:   **June 10, 2024**                    /s/ Barbara A. McAuliffe
                                              UNITED STATES MAGISTRATE JUDGE

2