ANTHONY P. CAPOZZI, CSBN: 068525
THE LAW OFFICE OF ANTHONY P. CAPOZZI
1233 West Shaw Avenue, Suite 102
Fresno, California 93711
Telephone:    (559) 221-0200
Facsimile:    (559) 221-7997
E-Mail:       Anthony@ capozzilawoffices.com
www.capozzilawoffices.com

Attorney for Defendant,
DANIEL ARMENDARIZ MERCADO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

******

| | |
|---|---|
| UNITED STATES OF AMERICA. | CASE NO. 1:21-cr-00096-NODJ-BAM |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO CONTINUE SENTENCE DATE OF AUGUST 12, 2024** |
| DANIEL ARMENDARIZ MERCADO | |
| Defendant. | |

## BACKGROUND

This case is set for sentencing on August 12, 2024. The parties request to continue sentencing to October 7, 2024.

## STTIPULATION

Defendant, Daniel A. Mercado, by and through his attorney of record, Anthony P. Capozzi, and Plaintiff, Untied States of American, by and through its counsel of record, Assistant United States Attorney, Arin C. Heinz, hereby stipulate as follows:

1.  By previous order, this matter was set fore sentencing on August 12, 2024.

2. This attorney begins an attempted murder case in People v. Jagtar Sing, Case No. F23903919, the Fresno County Superior Court which is expected to last approximately 15 days. The case of People v. Paul Rordriguez, Case No. M19925929, the Fresno County Superior Court will be trailing the Singh case since the Rodriguez case was specifically set due to the victim's unavailability.

3. This attorney has two matters set in United States v. Stefan Kirkeby, Cas NO. 1:22CR00228-JLT-SKO, and United States v. Sawtantra Chopra, Case No. 1:18CR00086-JLT-SKO, before Judge Thurston on August 12, 2024.

Request is being made to appear on those two federal cases from my Fresno County Superior Court trial.

4. It is requested that the sentencing of this case be continued to October 7, 2024.

5. Discussions are ongoing with regard to matters filed under seal.

6. The government has no objections to this request.

**IT IS SO STIPULATED.**

DATED: July 19, 2024,         BY:    /s/ Anthony P. Capozzi_____
                                     ANTHONY P. CAPOZZI, Attorney for
                                     DANIEL ARMENDARIZ MERCADO


DATED: July 19, 2024,         BY:    /s/ Arin C. Heinz_____
                                     ARIN C. HEINZ
                                     Assistant United States Attorney

## **ORDER**

Based upon the Stipulation of the parties, it is hereby ordered that the sentencing date of August 12, 2024, be **CONTINUED** to **October 07, 2024**.

IT IS SO ORDERED.

Dated: July 22, 2024                            /s/ John A. Mendez
                                                                THE HONORABLE JOHN A. MENDEZ
                                                                SENIOR UNITED STATES DISTRICT JUDGE